IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PATRICK GREGORY ORTIZ, #1926259**, § § § Petitioner, § v. § Civil Action No. **3:15-CV-95-L** § **WILLIAM STEPHENS, Director**, § **Texas Department of Criminal Justice**, § **Correctional Institutions Division**, § § Respondent. § § | |

# ORDER

Before the court is Patrick Gregory Ortiz's ("Ortiz" or "Petitioner") Motion to Appoint Counsel (Doc. 12), filed October 22, 2015. On October 29, 2015, Magistrate Judge David L. Horan, entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court deny Petitioner's Motion to Appoint Counsel. No objections to the Report were received as of the date of this order.

After reviewing the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** Petitioner's Motion to Appoint Counsel (Doc. 12).

**It is so ordered** this 24th day of November, 2015.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**